In the Matter of the Estate of LOUIS E. LA BRASCHE, Deceased. FLORENCE LA BRASCHE, Appellant; MABEL A. SIVERSON et al., Respondents.

Argued October 9, 1950; decided October 19, 1950.

*Charles H. Levitt* and *Samuel L. Jackson* for appellant.

*George C. Wildermuth, K. Frederick Gross* and *Edward V. Gross* for Mabel A. Siverson, respondent.

Order affirmed, with costs to the respondent Mabel A. Siverson payable out of the estate. No opinion.

Concur: CONWAY, DESMOND, FULD and FROESSEL, JJ. Dissenting: LOUGHRAN, Ch. J., LEWIS and DYE, JJ. [See 301 N. Y. 790.]